### ABEL RODRIGUEZ *v.* STEVEN SAUCIER ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 108 Conn. App. 599 (AC 29024), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Ramiro Alcazar,* in support of the petition.

*Paula N. Anthony,* office of the corporation counsel, in opposition.

Decided September 10, 2008

### STATE OF CONNECTICUT *v.* BRENT PASCAL

The defendant's petition for certification for appeal from the Appellate Court, 109 Conn. App. 55 (AC 27463), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Mary H. Trainer,* special public defender, in support of the petition.

*Timothy J. Sugrue,* senior assistant state's attorney, in opposition.

Decided September 10, 2008